**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES DANIEL FUENTES, | ) | CASE NO. ED CV 09-01041 CJC (RZ) |
| Petitioner, | ) | |
| vs. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| FERNANDO GONZALEZ, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report to which Respondent has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: October 16, 2009

*[signature]*

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE