O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DANIEL FUENTES,<br><br>    Petitioner,<br><br> vs.<br><br>FERNANDO GONZALEZ, WARDEN,<br><br>    Respondent. | CASE NO. ED CV 09-01041 CJC (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of JAMES DANIEL FUENTES for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is granted and Petitioner is ordered released from custody, to the extent he is confined solely on the basis of the conviction in this case.

DATED: October 16, 2009

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE