EDMUND G. BROWN JR.
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN VIENNA
Supervising Deputy Attorney General
DAVID DELGADO-RUCCI
Deputy Attorney General
State Bar No. 149090
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2223
 Fax: (619) 645-2191
 E-mail: David.DelgadoRucci@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **JAMES DANIEL FUENTES,**<br><br>                              Petitioner,<br><br>    v.<br><br>**FERNANDO GONZALEZ, Warden,**<br><br>                              Respondent. | ED CV 09-01041 CJC (RZ)<br><br>**REQUEST FOR STAY PENDING APPEAL** |

COMES NOW RESPONDENT Fernando Gonzalez, Acting Warden, California Correctional Institution, Tehachapi, California, by and through counsel, Edmund G. Brown Jr., Attorney General for the State of California, and David Delgado-Rucci, Deputy Attorney General, and files this request for stay pending appeal staying the judgment entered by this Court on October 16, 2009.

1

Granting a stay will permit Respondent to pursue an appeal on a matter in which the State of California has a great interest. When determining whether to issue a stay of a habeas order pending appeal, the Court considers the following factors: (1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies. *Hilton v. Braunskill*, 481 U.S. 770, 776, 107 S. Ct. 2113, 95 L. Ed. 2d 724 (1987).

Additionally, it is appropriate to consider whether the petitioner poses a danger to the public or a flight risk if released, as well as the state's interest in continuing custody and rehabilitation. The latter interest is strongest where the remaining portion of the state prison sentence is long. *Id*.

In this case, a consideration of all four of the *Hilton* factors favors the issuance of a stay. There is a strong showing that Respondent is likely to succeed on the merits of an appeal when the appropriate level of deference is given to the state court findings. In fact, of the thirteen judges who have examined this case so far (state trial court, state appellate court, California Supreme Court, Magistrate Judge, District Court Judge), eleven have been satisfied that Petitioner's rights were not violated. Given the extremely deferential standard of review required under AEDPA, Respondent submits that there is a strong showing he is likely to prevail on the merits in an appeal to the Ninth Circuit.

Respondent will be irreparably injured absent the issuance of a stay. Respondent's appeal to the Ninth Circuit will take longer than 90 days. Unless this Court's order is stayed, Respondent will have to release Petitioner before the appeal. Petitioner is in custody based on the underlying conviction for 50 years to life. If Petitioner is released before Respondent's appeal is complete, California would be irreparably damaged. Because Petitioner is convicted of aiding and

1 abetting murder, there would be a legitimate flight risk and danger to the public
2 should he be released.
3     In contrast, in consideration of the third relevant factor, the issuance of a stay
4 will not substantially injure Petitioner.  If Respondent prevails on appeal, the
5 issuance of a stay will not have prejudiced Petitioner.  The denial of a stay would
6 place Petitioner in the same position as if the state lost its appeal.  In that case, the
7 stay would have the effect of denying California its appellate rights, without
8 securing any countervailing benefit for Petitioner.
9     Lastly, the public interest lies in the issuance of a stay.  California and its
10 citizens have a strong interest, recognized by the federal courts, in the effectiveness
11 of the state court system.  *Williams v. Taylor*, 529 U.S. 362, 386, 120 S. Ct. 1495,
12 146 L. Ed 2d 389 (2000).  California's citizens benefit if California can vindicate its
13 rights in federal court.  The public has an interest in being protected from convicted
14 murderers like Petitioner.  "[A] successful habeas petitioner is in a considerably less
15 favorable position than a pretrial arrestee . . . to challenge his continued detention
16 pending appeal."  *Hilton*, 481 U.S. at 779.  The public interest here favors
17 preserving the status quo while California pursues its appellate rights in the Ninth
18 Circuit.

19 **CONCLUSION**

20     The equities in this case favor the issuance of a stay.  Respondent respectfully
21 submits that he is likely to prevail on appeal in light of the extremely deferential
22 standard of review required by AEDPA.  The issuance of a stay will permit
23 Respondent to pursue his appellate rights, and California to vindicate its rights in
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

3

1  federal court.  Denying the stay will not benefit Petitioner, and will harm
2  California's state and public interests.  For these reasons, Respondent respectfully
3  requests that this Court stay its order granting Petitioner's habeas petition, pending
4  the resolution of Respondent's appeal.

6  Dated:  October 30, 2009                    Respectfully submitted,

   EDMUND G. BROWN JR.
   Attorney General of California
   DANE R. GILLETTE
   Chief Assistant Attorney General
   GARY W. SCHONS
   Senior Assistant Attorney General
   KEVIN VIENNA
   Supervising Deputy Attorney General


   /S/DAVID DELGADO-RUCCI

   DAVID DELGADO-RUCCI
   Deputy Attorney General
   *Attorneys for Respondent*

DDR:cjm
SD2009701995
80401226.doc

# CERTIFICATE OF SERVICE

Case Name:  **Fuentes v. Gonzalez**　　　　　　No.  **ED CV 09-01041 CJC (RZ)**

I hereby certify that on October 30, 2009, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**REQUEST FOR STAY PENDING APPEAL; [PROPOSED] ORDER FOR STAY PENDING APPEAL**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On October 30, 2009, I have mailed the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

James Daniel Fuentes
F27909
P.O. Box 1905
Tehachapi, CA 93581
Petitioner
PRO SE

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on October 30, 2009, at San Diego, California.

_____　　　　　　_____
　　　　Carole McGraw　　　　　　　　　　　　　　　　Signature
　　　　　Declarant

80401292.doc