Name State of California-David Delgado-Rucci
Address 110 West A Street, Suite 1100
City, State, Zip San Diego, CA 92101
Phone 619 645-2223
Fax 619 645-2191
E-Mail David.Delgadorucci@doj.ca.gov

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☐ Retained

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

James Daniel Fuentes

PLAINTIFF(S),

v.

Fernando Gonzalez

DEFENDANT(S).

CASE NUMBER:

EDCV 09-01041 CJC (RZ)

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _____Fernando Gonzalez, Warden_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
   Granting Petition for writ of habeas corpus

☐ Other (specify):

Imposed or Filed on ___October 16, 2009___. Entered on the docket in this action on ___October 19, 2009___.

A copy of said judgment or order is attached hereto.

November 3, 2009                    /s/ David Delgado-Rucci, Deputy Attorney General
Date                                Signature
                                    ☐ Appellant/ProSe   ☐ Counsel for Appellant   ☐ Deputy Clerk

Note:  The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the
       attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number
       of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

# CERTIFICATE OF SERVICE

Case Name:  <u>Fuentes v. Gonzalez</u>          No.  <u>ED CV 09-01041 CJC (RZ)</u>

I hereby certify that on <u>November 3, 2009</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEAL**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>November 3, 2009</u>, I have mailed the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

James Daniel Fuentes
F27909
P.O. Box 1905
Tehachapi, CA 93581
Petitioner
PRO SE

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>November 3, 2009</u>, at San Diego, California.

_____          _____
    Cathey Pryor                          Signature
    Declarant

80402267.doc