UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DANIEL FUENTES,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>FERNANDO GONZALEZ, WARDEN,<br><br>　　　　　Respondent. | CASE NO. ED CV 09-01041 CJC (RZ)<br><br>ORDER –<br>1.　GRANTING IN PART RESPONDENT'S STAY MOTION; and<br>2.　APPOINTING COUNSEL |

The Court STAYS the effect of its Judgment granting relief in this matter for 90 days, thus GRANTING IN PART Respondent's Motion For Stay Pending Appeal filed on October 30, 2009. Whether the stay extends beyond the initial 90 days remains to be seen.

Partially due to the question of a stay pending appeal, the Court believes that this is a case in which counsel should be appointed. 28 U.S.C. § 2254(h); 18 U.S.C. § 3006A(a)(2)(B). Petitioner proceeds *in forma pauperis* status, thus qualifying him for the appointment of counsel under the statutes. The Court appoints the Office of the Federal Public Defender to represent Petitioner for the purpose of (a) briefing the propriety of a further stay pending the outcome of Respondent's appeal and (b) addressing any other appropriate post-judgment matters. In the event that the Federal Public Defender is

unavailable due to a conflict, the Court directs the Clerk to select an attorney from the indigent defense panel for such appointment.

Petitioner shall file a brief responding to Respondent's stay motion within 45 days of the date of this Order. Respondent shall file any reply within 14 days of Petitioner's response.

**IT IS SO ORDERED.**

DATED: November 18, 2009

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

- 2 -