SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
GIA KIM (No. 237326)
Deputy Federal Public Defender
(E-mail: Gia_Kim@fd.org)
321 East 2nd Street
Los Angeles, California  90012-4202
Telephone (213) 894-4408
Facsimile (213) 894-0081

Attorneys for Petitioner
JAMES DANIEL FUENTES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DANIEL FUENTES,<br><br>        Petitioner,<br><br>    v.<br><br>FERNANDO GONZALEZ, Warden,<br><br>        Respondent. | NO.  ED CV  09-01041 CJC (RZ)<br><br>EX PARTE APPLICATION FOR ENLARGEMENT OF TIME TO FILE BRIEF ON STAY PENDING APPEAL; DECLARATION OF GIA KIM |

Petitioner James Fuentes, through his counsel of record, Deputy Federal Public Defender Gia Kim, hereby moves and applies for an Order from this Court, *ex parte*, enlarging and extending the time to file a brief the propriety of a stay pending appeal by four (4) days, from January 4, 2010, to January 8, 2010.  This application is based on the attached declaration of counsel, all files and records in this case, and such further information as may be presented regarding this application.

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

DATED: December 23, 2009         By_____/s/_____
                                  GIA KIM
                                  Deputy Federal Public Defender

# DECLARATION OF GIA KIM

I, Gia Kim, hereby declare and state:

1. I am a Deputy Federal Public Defender in the Central District of California. In a minute order of November 18, 2009, the Federal Public Defender was appointed to represent petitioner James Fuentes, and to file a brief on the propriety of a further stay within 45 days (by January 4, 2010, because January 2 is a Saturday) and to address any appropriate post-judgment matters. I was assigned to represent Mr. Fuentes on December 1, 2009, and I filed a Notice of Reassignment of Counsel on December 2, 2009.

2. The requested extension is sought due to medical issues and my inability to schedule a legal call or visit with my client. I am scheduled to undergo a medical procedure on the afternoon of December 29, 2009, after which it is recommended that I be on bed rest for 48 hours. In addition, the litigation department at California Correctional Institution at Tehachapi, where petitioner is incarcerated, has informed my secretary that, due to the vacation of the litigation coordinator, it will be unable to schedule any legal calls or visits until the week of January 4; based on a prior conversation with the litigation department, I had expected to be cleared for a call or visit by the week of December 28. I am therefore requesting an extension of four (4) days, to and including January 8, 2010, to prepare petitioner's brief on the propriety of a further stay. I have not previously requested an extension in this case, and I expect to be able to properly prepare petitioner's brief within the time requested by this extension.

3. Pursuant to Local Rule 7-19.1, on December 23, 2009, I left a voice mail message for Deputy Attorney General David Delgado-Rucci, counsel for respondent, notifying him of this *ex parte* application. Because Mr. Delgado-Rucci's voice mail indicated that he is on vacation, I also left a voice mail message for Deputy Attorney

2

1 | General Kevin Vienna, notifying him of this *ex parte* application.  Mr. Vienna
2 | informed me that respondent does not oppose the application.

4 |     I declare under penalty of perjury that the foregoing is true and correct to the
5 | best of my knowledge.

7 | DATED: December 23, 2009                              /s/
8 |                                                          GIA KIM
                                                         Deputy Federal Public Defender