SEAN K. KENNEDY (No. 145632)
Federal Public Defender
(E-mail: Sean_Kennedy@fd.org)
GIA KIM (No. 237326)
Deputy Federal Public Defender
(E-mail: Gia_Kim@fd.org)
321 East 2nd Street
Los Angeles, California  90012-4202
Telephone (213) 894-4408
Facsimile (213) 894-0081

Attorneys for Petitioner
JAMES DANIEL FUENTES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JAMES DANIEL FUENTES, | ) | NO.  ED CV  09-01041 CJC (RZ) |
|---|---|---|
| Petitioner, | ) | [PROPOSED] ORDER |
| v. | ) | |
| FERNANDO GONZALEZ, Warden, | ) | |
| Respondent. | ) | |

    GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Petitioner's request for an extension of time to file his brief on the propriety of a further stay is GRANTED.  The brief is due for filing by January 8, 2010.

DATED: January 4, 2010

_____
HONORABLE CORMAC J. CARNEY
United States District Judge

Presented by:

   /s/
_____
GIA KIM
Deputy Federal Public Defender