EDMUND G. BROWN JR.
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN VIENNA
Supervising Deputy Attorney General
DAVID DELGADO-RUCCI
Deputy Attorney General
State Bar No. 149090
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2223
 Fax: (619) 645-2191
 E-mail: David.DelgadoRucci@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **JAMES DANIEL FUENTES,** | ED CV 09-01041 CJC (RZ) |
| Petitioner, | **REPLY TO PETITIONER'S OPPOSITION TO CONTINUED STAY PENDING APPEAL** |
| v. | |
| **FERNANDO GONZALEZ, Warden,** | |
| Respondent. | |

COMES NOW RESPONDENT Fernando Gonzalez, Acting Warden, California Correctional Institution, Tehachapi, California, by and through counsel, Edmund G. Brown Jr., Attorney General for the State of California, and David Delgado-Rucci, Deputy Attorney General, and files this reply to Petitioner's opposition to continued stay pending appeal.

1 | This Court gave Respondent 14 days in which to file a reply to Petitioner's
2 | opposition to Respondent's request for a stay.
3 | Petitioner has filed an opposition arguing that the district court applied the
4 | proper standard of review under 28 U.S.C. § 2254, and *Jackson v. Virginia*, 443
5 | U.S. 307, 319, 99 S. Ct. 2781, 61 L. Ed. 2d 560 (1979).  However, on January 11,
6 | 2010, the United States Supreme court issued an opinion in *McDaniel v. Brown*,
7 | 558 U.S. _, 2010 WL 58361 (U.S.), 10 Cal. Daily Op. Serv. 339 (2010), which
8 | dealt with the proper standard of review for a *Jackson* claim on federal habeas.  The
9 | court reversed the Ninth Circuit.  In doing so, the court noted that "'a reviewing
10 | court must consider all of the evidence admitted by the trial court,' regardless
11 | whether that evidence was admitted erroneously" 2010 WL 58361 at *6, citing
12 | *Lockhart v. Nelson*, 488 U.S. 33, 41, 109 S. Ct. 285, 102 L. Ed. 2d 265 (1988)
13 | The court also rejected the analysis of the Court of Appeals and held that
14 | while the Court of Appeals acknowledged that it must review the evidence in the
15 | light most favorable to the prosecution, the court's recitation of inconsistencies in
16 | the testimony shows it failed to do that.   2010 WL 58361 at *7.
17 | Respondent believes that given this very recent case which sets forth the
18 | proper method of examining a claim of insufficient evidence in habeas corpus
19 | proceedings, that a strong showing of prevailing on appeal has been shown.
20 | Petitioner was found guilty of aiding and abetting murder.  This is a very
21 | serious offense.  Releasing Petitioner while the appeal is pending is a serious
22 | matter.  While Petitioner attaches a declaration from his mother, the facts therein do
23 | not support release.
24 | Petitioner's mother states that Petitioner is welcome to stay at her house if
25 | released.  However, there is nothing that requires he do so, particularly since he is
26 | an adult and cannot be ordered by his mother to stay with her.
27 |
28 |

1   Nor is the fact that Petitioner does not have a passport or a driver's license a
2   bar to him fleeing from California.  There is no requirement that a visitor entering
3   Mexico have a passport or driver's license.
4   Should Petitioner be released and a decision adverse to him be rendered, there
5   is no method to apprehend him and return him to state prison to continue serving an
6   indeterminate term and a very strong incentive to leave California.

## CONCLUSION

Based on the argument presented in the request for stay and this reply, Respondent submits that the equities in this case favor the issuance of a stay. Respondent respectfully submits that he is likely to prevail on appeal in light of the extremely deferential standard of review required by AEDPA.  The issuance of a stay will permit Respondent to pursue his appellate rights, and California to vindicate its rights in federal court.  Denying the stay will not benefit Petitioner, and will harm California's state and public interests.  For these reasons, Respondent respectfully requests that this Court stay its order granting Petitioner's habeas petition, pending the resolution of Respondent's appeal.

Dated:  January 13, 2010

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
KEVIN VIENNA
Supervising Deputy Attorney General


/s/David Delgado-Rucci

DAVID DELGADO-RUCCI
Deputy Attorney General
*Attorneys for Respondent*

DDR:cp
SD2009701995
80401226.doc

3

# CERTIFICATE OF SERVICE

Case Name:  **Fuentes v. Gonzalez**          No.   ED CV 09-01041 CJC (RZ)

I hereby certify that on January 13, 2010, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**REPLY TO PETITIONER'S OPPOSITION TO CONTINUED STAY PENDING APPEAL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 13, 2010, at San Diego, California.

　　　　Cathey Pryor                                     　　　　/s/ Cathey Pryor
　　　　Declarant                                             　　　　Signature

80422275.doc