UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | ED CV 09-01041 CJC (RZ) | Date | January 22, 2010 |
|---|---|---|---|
| Title | JAMES DANIEL FUENTES v. FERNANDO GONZALEZ, WARDEN | | |

| Present: The Honorable | CORMAC J. CARNEY, U.S. DISTRICT JUDGE | |
|---|---|---|
| Michelle Urie | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| N/A | | N/A |

**Proceedings:**   (In Chambers)
1. **SETTING HEARING RE CONDITIONS OF PETITIONER'S POTENTIAL RELEASE, AND BRIEFING THEREON; and**
2. **EXTENSION OF TEMPORARY STAY OF JUDGMENT**

The Court DEFERS RULING ON the balance of Respondent's motion for a stay of the effect of the Judgment pending the outcome on appeal.

In the event that the Court declines a stay, it may be necessary to set certain conditions on Petitioner's release. Petitioner acknowledges this on page 8 of his opposition to Respondent's motion to extend the stay throughout the appeal process, listing such conditions "as home confinement, electronic monitoring, intensive supervision by Pretrial Services, and appropriate travel restrictions."

The Court sets a hearing to determine proper conditions of any possible release for March 1, 2010 at 3:00 p.m. in Courtroom 9B, 411 West Fourth Street, Santa Ana, California. Petitioner shall submit an opening brief by February 1. Respondent shall file any opposition by February 16 (which, the Court notes, is a Tuesday).

Respondent is ordered to prepare the necessary paperwork and make the necessary arrangements to assure Petitioner's presence at the hearing. Pretrial Services is requested to conduct an interview of Petitioner prior to the hearing, and prepare a report for the Court on the suitability of Petitioner for release and, if so, the conditions that would attach to any bond.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **ED CV 09-01041 CJC (RZ)** | Date | January 22, 2010 |
|---|---|---|---|
| Title | **JAMES DANIEL FUENTES v. FERNANDO GONZALEZ, WARDEN** | | |

      Because the hearing and determination of any possible release conditions will extend past the current February 12 date through which the Court has stayed the effect of its Judgment, the Court hereby EXTENDS that temporary stay through and until 15 days after its decision of the stay motion.

      IT IS SO ORDERED.

:  
Initials of Preparer    mu