**FILED**

UNITED STATES COURT OF APPEALS

MAR 10 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES DANIEL FUENTES,<br><br>            Petitioner - Appellee,<br><br>   v.<br><br>FERNANDO GONZALEZ, Warden,<br><br>            Respondent - Appellant. | No. 09-56903<br><br>D.C. No. 5:09-cv-01041-CJC<br>Central District of California,<br>Riverside<br><br>ORDER |



Before: SCHROEDER and LEAVY, Circuit Judges.

Appellant's motion to stay the district court's March 4, 2010 order pending appeal is denied. *See Hilton v. Braunskill*, 481 U.S. 770, 776 (1987); *Cal. Pharmacists Ass'n v. Maxwell-Jolly*, 563 F.3d 847, 849-50 (9th Cir. 2009) (order).

The briefing schedule established previously shall remain in effect.

AM/MOATT