**FILED**

UNITED STATES COURT OF APPEALS

APR 22 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES DANIEL FUENTES,<br><br>        Petitioner - Appellee,<br><br> v.<br><br>FERNANDO GONZALEZ, Warden,<br><br>        Respondent - Appellant. | No. 09-56903<br><br>D.C. No. 5:09-cv-01041-CJC-RZ<br>Central District of California,<br>Riverside<br><br>ORDER |

RECEIVED
CLERK, U.S. DISTRICT COURT
APR 2 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Before: Peter L. Shaw, Appellate Commissioner.

The appellee's motion for a second extension of time in which to file the answering brief is granted. The answering brief is due May 10, 2010. The optional reply brief is due within 14 days after service of the answering brief.

4.19.10/cag/Appellate Commissioner