# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DANIEL FUENTES,<br><br>    Petitioner,<br><br>vs.<br><br>FERNANDO GONZALEZ, WARDEN,<br><br>    Respondent. | CASE NO. ED CV 09-01041 CJC (RZ)<br><br>POST-REMAND JUDGMENT |

On November 4, 2011, the Court of Appeals (1) reversed this Court's October 2009 Judgment granting habeas relief as to Petitioner's claim that insufficient evidence supported his murder conviction, and (2) remanded to this Court. The appellate court's mandate was issued on February 8, 2012. Accordingly,

IT IS ORDERED AND ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATED: April 27, 2012

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE